IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No.  5:18-CR- 83(GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| SHAWN WELLS, | ) Violation:   18 U.S.C. §1709 |
| | )                    Theft of Mail Matter by |
| | )                    Employee |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Madison |

### THE GRAND JURY CHARGES:

**COUNT 1**
[Theft of Mail Matter by Employee]

On or about December 2016, in Madison County in the Northern District of New York, the defendant, **SHAWN WELLS**, a United States Postal Service employee did steal from an item of United States mail entrusted to him and which came into his possession that was intended to be conveyed by mail, in that while acting as a city carrier for the United States Postal Service he stole a Visa gift card from an envelope that was entrusted to him for delivery and was intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

Dated:   March 22, 2018

A TRUE BILL,   **NAME REDACTED

Grand Jury Foreperson

GRANT C. JAQUITH
United States Attorney

By: *Tamara B. Thomson*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310